WR-82,063-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/4/2015 3:56:50 PM
Accepted 8/5/2015 8:46:16 AM
ABEL ACOSTA
CLERK

# Law Offices of Scott Pawgan

122 W. Davis Suite 116
Conroe, TX 77301
Phone: (936) 242-6975
Facsimile: (936-) 788-6199
Website: www.conroecriminallawyer.net
E-Mail: scottpawgan@yahoo.com

RECEIVED
COURT OF CRIMINAL APPEALS
8/5/2015
ABEL ACOSTA, CLERK

*Board Certified in Criminal Law by the Texas Board of Legal Specialization

*Board Member, Montgomery County Criminal Lawyers Association

*Associate Board Member, Texas Criminal Lawyers Association

*Member, National Association Criminal Defense Lawyers

*Member, Texas Criminal Defense Lawyers Association

*Member, Harris County Criminal Lawyers Association

*Member, Polk County Criminal Lawyers Association

*Member, National College of DWI Defense

August 4, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

Re:     Court of Appeals No. WR-82063-01; *Ex Parte Elmer Howard Whisenant*; In the Court of Criminal Appeals in Austin, Texas

Dear Mr. Acosta,

Counsel received the findings of facts, conclusions of law and recommendations from the trial court late. Counsel had requested that this court take no action on the writ until at a minimum July 31, 2015. Counsel is asking this court delay taking action for another week from the originally requested date to August 7, 2015.

Even though counsel has tried to contact two individuals that Counsel needs to speak to and get potential controverting affidavits, those individuals are not available until at the earliest August 6, 2015. In addition, Counsel is the course director for a CLE program being hosted by the TCDLA and MCCLDA on August 6, 2015.

Thank you for your time and consideration in this matter.

Sincerely

Scott Pawgan